Eric RINGSRED, an individual and a state, federal and local taxpayer; State of Minnesota by Eric Ringsred; Deborah Ringsred, an individual, Appellants,

v.

CITY OF DULUTH, a municipal corporation, and the following City Officials, individually and in their official capacities; Gary L. Doty, Mayor;

Cynthia Albright, Assistant City Attorney; Bryan Brown, City Attorney; Robert Asleson, Assistant City Attorney; John Schweiger, Special Projects Manager; John Smedberg, Assistant City Attorney; Duluth Economic Development Authority; Cynthia Albright, individually and in her official capacity as Director of the Duluth Economic Development Authority; Team Duluth; Soft Center–Duluth, Inc.; Michael McNamara; Duluth Area Chamber of Commerce; David Ross, CEO of the Duluth Area Chamber of Commerce, Appellees.

No. 02–1242.

United States Court of Appeals, Eighth Circuit.

Submitted June 24, 2002.

Decided June 27, 2002.

Before LOKEN, BEAM, and RILEY, Circuit Judges.

PER CURIAM.

Eric and Deborah Ringsred appeal the district court's[1] dismissal of their lawsuit—purportedly brought on behalf of the State of Minnesota as well as themselves—against the City of Duluth and its mayor, various City agencies and employees, Soft Center–Duluth, Inc. and its director, and the Duluth Area Chamber of Commerce and related individuals and entities.

1. The Hon. E. Richard Webber, United States District Judge for the Eastern District of Missouri.

1. The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Raymond L. Erickson, United States Magistrate Judge for the District of Minnesota.

After carefully reviewing the record, we affirm the dismissal of the federal claims with prejudice and the dismissal of any state claims without prejudice. *See* 8th Cir. R. 47B.